

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00283-CR

Isreal **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 23-0841-CR-C
Honorable William D. Old III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 30, 2025.

_____
Rebeca C. Martinez, Chief Justice